UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

JIM WALDEN,

                                  Plaintiff-Appellant,

     -against-                                No. 25-764

PETER S. KOSINSKI, et al.,

                                  Defendants-Appellees.
_____

**MEMORANDUM IN OPPOSITION TO
PLAINTIFF-APPELLANT'S MOTION TO SET EXPEDITED
BRIEFING SCHEDULE AND ORAL ARGUMENT**

      Defendants-appellees Peter S. Kosinski, Henry T. Berger, Essma Bagnuola, Anthony J. Casale, Kristen Zebrowski Stavisky, and Raymond J. Riley, all of whom are sued in their official capacities as officials of the New York State Board of Elections (together, "State Appellees") submit this memorandum in opposition to plaintiff-appellant's motion to hear this appeal on an extraordinarily expedited basis and on the papers submitted below. (ECF No. 13.1.)

## BACKGROUND

A. **Statutory Framework**

In New York, there are two general avenues by which a candidate for public office may obtain access to the general election ballot: by winning a party primary election, or by obtaining nomination via independent nominating petition.[1] An independent nominating petition must designate the candidate and the name of an independent body, collect the requisite number of signatures, and be filed with a local board of elections. *See generally* N.Y. Elec. Law § 6-138.

As relevant here, state law prohibits the independent nominating body from using a name that is similar to the name of an existing political party or independent body, or that uses any of seven terms prohibited for use by either political parties or independent bodies: namely, "American," "United States," "National," "New York State," "Empire State," "Independence," or "Independent." *See id.* § 2-124)(2)(naming restrictions for political parties); *id.* § 6-

---

[1] There are several exceptions allowing candidates to appear on the general election ballot under circumstances inapplicable here. *See, e.g.*, Election Law §§ 6-116 (appointments due to late-arising vacancies), 6-114, 6-128 (new party nominations)**.**

138(3)(f)(incorporating naming restrictions on political parties as to independent bodies). Otherwise, the independent body can use any name that contains English letters and does not exceed fifteen letters. *See id.* §§ 6-138(3)(a), (f); *see also id.* § 2-124(2).

Independent nominating petitions for the 2025 New York City mayoral election may be circulated between April 15 and May 27, 2025, and may be filed with the New York City Board of Elections between May 20 and May 27, 2025. *See* Dist. Ct. ECF No. 15-6 (Declaration of Kristen Zebrowski Stavisky) ¶3 (citing N.Y. Elec. Law §§ 6-138(4), 6-158(9). The New York City Board of Elections alone determines the validity of any independent nomination petition for this office, and a challenge to an adverse determination by City Board of Elections can be filed in the state Supreme Court of New York in a summary proceeding pursuant to Article 16 of the Election Law. *Id.* ¶ 17.

B. **Procedural History**

Plaintiff-appellant Jim Walden wishes to run for mayor of New York City in the 2025 general election as an independent candidate (i.e., one not associated with an existing political party.) In January 2025, plaintiff filed this action in the U.S. District Court for the Eastern

3

District of New York against State Appellees and the New York City Board of Elections seeking an injunction against the application of the naming restrictions as to his petition. Specifically, plaintiff insists that the statutory naming restrictions burden his First Amendment right to speech and association by preventing him from using "Independence Party" as the name of the independent nominating body on the petition. (Dist. Ct. ECF No. 1.)

In January 2025, plaintiff moved for a preliminary injunction. (Dist. Ct. ECF No. 15-1.) State Appellees opposed the motion on several grounds, including that (i) plaintiff has failed to identify an injury traceable to the State Appellees or redressable by an injunction against the State Appellees; (ii) the pre-enforcement challenge is unripe; (iii) the claims against the State Appellees are barred by sovereign immunity; (iv) plaintiff is unlikely to succeed on the merits of his constitutional challenge; and (v) plaintiff has failed to make a sufficient showing with respect to the remaining preliminary injunction factors. (ECF No. 15-5.) The New York City Board of Elections agreed that it was a proper defendant to the action, concurred that § 6-138(3)(f) prohibits the use of "Independent" or "Independence" in independent

4

body names, and took "no position" regarding the constitutionality of the naming restriction. (ECF No. 18.)

On April 1, 2025, the district court (Hall, J.) issued a minute order denying plaintiff's motion for a preliminary injunction and noting that a written memorandum and order would follow. The minute order gave no indication as to the basis, or bases, on which the district court denied the motion. Plaintiff then filed a notice of appeal and this motion.

## ARGUMENT

This Court should deny plaintiff's motion to hear this appeal on an extraordinarily expedited basis and on the papers below for several reasons.

*First*, plaintiff improperly asks this Court to act as a court of first view, rather than a court of review. In the proceedings below, State Appellees raised numerous grounds on which the preliminary injunction motion should be denied, including lack of standing, lack of ripeness, sovereign immunity, lack of a likelihood of success on the merits, and a failure to demonstrate the other preliminary injunction factors. And while the City Board of Elections took no position on the constitutionality of the challenged law, it made clear that it was bound

5

by the text of the law as written. Because the district court has not yet explained the reasoning for its decision, neither the parties nor this Court have any way of knowing the ground or grounds on which plaintiffs' motion was denied nor the applicable standard of appellate review.

*Second*, plaintiff's request that this Court resolve the merits of the appeal on the papers below is wholly improper. Plaintiff cites no Federal Rule of Appellate Procedure or local rule of this Court that would permit a merits panel to adjudicate an appeal on the briefing submitted to the district court, and State Appellees are aware of no such rule. Plaintiff is also wrong to argue (ECF No. 13.1, at 44) that this Court decided the appeal in *Coto v. New York City Board of Elections* on the papers below. As the *Coto* docket reflects (*see* Exh. 1), this Court ordered expedited briefing and the parties in fact did submit appellate briefs prior to oral argument and this Court's decision.

*Third*, plaintiffs' alternative proposal of an extraordinarily expedited briefing schedule is not appropriate. Specifically, plaintiff proposes that his opening brief be submitted by 5:00pm on Friday, April 4, that appellees' brief be submitted by 5:00pm on Monday, April 7, and

6

that his reply brief be submitted by 11:59 on Monday, April 7. (ECF No. 13.1 at 3.) There is simply no basis for this urgency.

For one, the deadline to submit nominating petitions to the City Board of Elections is May 27, 2025. Moreover, a decision by the City Board of Elections to reject plaintiff's petition for a naming or other defect can be challenged in state court in a summary proceeding under Article 16 of the Election Law. Plaintiff offers no explanation for why immediate action by this Court is necessary considering the existing election schedule and the availability of an alternative forum to review plaintiff's challenge.

By contrast, an expedited briefing schedule was appropriate in *Coto*, where the district court entered a preliminary injunction on October 1, 1996, ordering that a primary election already held on September 10 be continued on October 10. *See* 97 F.3d 680 (2d Cir. 1996). The appellant in that case first moved for a stay of the injunction pending appeal, and only after that stay was denied did the Court enter an expedited briefing schedule that would permit the case to be briefed and argued by October 8. *See* Exh. 1 at 6. Here, by contrast, plaintiff

7

has not moved for an injunction pending appeal or otherwise shown the same need for expedited review of the district court's decision.[2]

Accordingly, State Appellees propose that this Court adopt the following briefing schedule, which gives the district court time to render a written decision and is reasonably expedited without being unduly burdensome on the parties and the Court.

- Appellant's brief: April 21
- Appellees' brief(s): May 5
- Appellant's reply brief: May 16

If this Court determines that the appeal should be fully briefed prior to April 15, State Appellees propose the below schedule.

- Appellant's brief: 10:00am on April 4
- Appellees' brief(s): 10:00am on April 11
- Appellant's reply brief: 5:00pm on April 11

---

[2] To be clear, State Appellees would oppose any motion for an injunction pending appeal.

8

## CONCLUSION

This Court should deny plaintiff-appellant's motion for an expedited appeal on the briefing below, and adopt State Appellees' proposed alternative briefing schedule.

Dated: New York, New York
April 3, 2025

Respectfully submitted,

BARBARA D. UNDERWOOD
 *Attorney General of the*
 *State of New York*
Attorney for State Appellees

By: /s/ Ester Murdukhayeva

ESTER MURDUKHAYEVA
Deputy Solicitor General
28 Liberty Street
New York, NY 10005
(212) 416-6279

# Exhibit 1

```
                                               LEAD    HEARD
                                               CLOSED  C60976
                                               SB         7

                    GENERAL DOCKET FOR
                 Second Circuit Court of Appeals

Court of Appeals Docket #: 96-9268                    Filed: 10/4/96
Nsuit: 3441   CIVIL RIGHTS-Voting
Coto, et al v. NYC Board of Electio, et al
Appeal from: U.S. District Court     EDNY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) Civil
     2) Private
     3) none
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0207-01: 96-cv-4671
     Trial Judge: David G. Trager
     Date Filed: 9/20/96
     Date order/judgment: 10/1/96
     Date NOA filed: 10/3/96
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
               Lead        Member      Start       End
     Consolidated:
               96- 9268    96- 9292    10/4/96
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:
    Panel: JDM   JLO   FXA   1705 :CA2 10/7/96 am
       Date of decision: 10/8/96

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




Docket as of February 5, 2000 0:44 am                 Page 1
```

```
                                              LEAD      HEARD
                                              CLOSED    C60976
                                              SB        7
Proceedings include all events.
96-9268  Coto, et al v. NYC Board of Electio, et al

DINORAH COTO                      Thomas J. Spargo, Esq.
     Plaintiff - Appellee         518-872-2145
                                  [COR LD NTC ret]
                                  Law Office of
                                  Thoams J. Spargo, Esq.
                                  363 Joslyn School Rd.
                                  East Berne, NY 12059

DAVID FERNENDEZ                   Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

ANN GANDOLFO                      Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

ROBERT MOORE                      Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

ANNA MOORE                        Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

LOUIS CAMPBELL                    Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

LUCIANO NAVARRO                   Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

SUSAN DOUGHERTY                   Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

WILLIAM HINCKLEY                  Thomas J. Spargo, Esq.
     Plaintiff - Appellee         (See above)
                                  [COR LD NTC ret]

ROBERT DICARLO, Candidate for     Thomas J. Spargo, Esq.
the Republican Nomination for     (See above)
State Senator from the 23rd       [COR LD NTC ret]
Senate District
     Plaintiff - Appellee


------------------------

NEW YORK CITY BOARD OF            Muriel Goode Trufant, Esq.
ELECTIONS                         [COR LD NTC ret]
     Defendant - Appellee         Corporation Counsel's Office
                                  City of New York
                                  100 Church St.

Docket as of February 5, 2000 0:44 am                Page 2
```

```
                                         LEAD     HEARD
                                         CLOSED   C60976
                                         SB       7
Proceedings include all events.
96-9268   Coto, et al v. NYC Board of Electio, et al

                                  New York, NY 10007

PAUL MEJIAS, President            Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

FREDERICK UMANE, Secretary        Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

WEYMAN A. CAREY                   Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

DOUGLAS KELLNER                   Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

FERDINAND C. MARCHI               Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

SEYMOUR SHELDON                   Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

RON D'ANGELO                      Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

GERTRUDE STROHM                   Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

VINCENT VELELLA                   Muriel Goode Trufant, Esq.
    Defendant - Appellee            (See above)
                                    [COR LD NTC ret]

KATHLEEN M. WAGNER,               Muriel Goode Trufant, Esq.
Commissioners                       (See above)
    Defendant - Appellee            [COR LD NTC ret]

DANIEL DEFRANCESCO, Executive     Muriel Goode Trufant, Esq.
Director                            (See above)
    Defendant - Appellee            [COR LD NTC ret]


     v.

JOHN GANGEMI, Candidate for       Aaron D. Maslow, Esq.
the Republican Nomination for     718-855-6500
State Senator from the 23rd       10th Floor
Senate District                   [COR LD NTC ret]
    Defendant - Appellant         Dorn & Corley

Docket as of February 5, 2000 0:44 am                    Page 3
```

```
                                              LEAD    HEARD
                                              CLOSED  C60976
                                              SB         7
Proceedings include all events.
96-9268   Coto, et al v. NYC Board of Electio, et al

                                    32 Court St.
                                    Brooklyn, NY 11201

GUY MOLINARI                        Aaron D. Maslow, Esq.
     Defendant - Appellant          (See above)
                                    [COR LD NTC ret]

JOSEPH SILVA                        Aaron D. Maslow, Esq.
     Defendant - Appellant          (See above)
                                    [COR LD NTC ret]
```

```
                                              LEAD    HEARD
                                              CLOSED  C60976
                                              SB         7
Proceedings include all events.
96-9268  Coto, et al v. NYC Board of Electio, et al

DINORAH COTO; DAVID FERNANDEZ; ANN GANDOLFO; ROBERT MOORE;
ANNA MOORE; LOUIS CAMPBELL; LUCIANO NAVARRO; SUSAN
DOUGHERTY; WILLIAM HINCKLEY and ROBERT DICARLO, Candidate for
the Republican Nomination for State Senator from the 23rd
Senate District,

              Plaintiffs-Appellees,

V.

NEW YORK CITY BOARD OF ELECTIONS; PAUL MEJIAS, President;
FREDERICK UMANE, Secretary; WEYMAN A. CAREY; DOUGLAS
KELLNER; FERDINAND C. MARCHI; SEYMOUR SHELDON; RON D'ANGELO;
GERTRUDE STROHM; VINCENT VELELLA; KATHLEEN M. WAGNER,
Commissioners and DANIEL DEFRANCESCO, Executive Director,

              Defendants-Appellees,

JOHN GANGEMI, Candidate for the Republican Nomination for
State Senator from the 23rd Senate District; GUY MOLINARI
and JOSEPH SILVA,

              Defendants-Appellants.
```

```
                                                   LEAD    HEARD
                                                   CLOSED  C60976
                                                   SB      7
```

Proceedings include all events.
96-9268   Coto, et al v. NYC Board of Electio, et al

| | |
|---|---|
| 10/2/96 | Appellant John Gangemi, etal motion for stay of dc Order, & to expedite appeal FILED (w/pfs). [866138-2]  To A.A. (cv70) [96-9268] |
| 10/3/96 | Order FILED DENYING motion for stay [866138-1] by Appellant John Gangemi, endorsed on motion dated 10/2/96. , GRANTING motion to expedite appeal [866138-2] by Appellant John Gangemi, endorsed on motion form dated 10/2/96. (ALK,PNL,JAC) By AH. (cv70) [96-9268] |
| 10/3/96 | Certified copy of the order, dated 10/3/96 issued to the district court. (cv70) [96-9268] |
| 10/3/96 | Set for argument on 10/7/96 . [96-9268] (ca96) [96-9268] |
| 10/4/96 | Expedited scheduling order filed. Appellant's brief and appendix due on 10/4/96. Appellee's brief is due on 10/4/96. Any briefs to be filed by 4PM Friday. Argument as early as the week of 10/7/96. (ALK,PNL,JAC) by AH. (cv70) [96-9268] |
| 10/4/96 | Appellants John Gangemi, Guy Molinari, Joseph Silva brief FILED with proof of service. (cv71) [96-9268] |
| 10/4/96 | Appellants John Gangemi, Guy Molinari, Joseph Silva appendix filed w/pfs. Number of volumes: 1. (cv71) [96-9268] |
| 10/4/96 | Appellees Dinorah Coto, David Fernendez, Ann Gandolfo, Robert Moore, Anna Moore, Louis Campbell, Luciano Navarro, Susan Dougherty, William Hinckley, Robert Dicarlo brief filed with proof of service. (cv71) [96-9268] |
| 10/4/96 | Transcript of conference/motion before the Honorable David Trager filed. (cv71) [96-9268] |
| 10/4/96 | Set for argument on 10/7/96 . [96-9268] This appeal will be heard in Courtroom #1705 at 2:30 P.M. (ca91) [96-9268] |
| 10/4/96 | Copy of district court docket entries and notice of appeal on behalf of Appellant John Gangemi, Appellant Guy Molinari, Appellant Joseph Silva filed. [96-9268] Form C due on 10/14/96,, . Form D due on 10/14/96,, . (cv71) [96-9268] |
| 10/4/96 | Copy of district court docket entries and notice of appeal on behalf of Appellant John Gangemi in 96-9292  filed. [96-9292] Form C due on 10/11/96. Form D due on 10/11/96. (cv71) [96-9292] |
| 10/4/96 | Notice of appearance form on behalf of Aaron D. Maslow, Esq., received. (Orig. to Calendar) (in04) [96-9268] |

Docket as of February 5, 2000 0:44 am                    Page 6

```
                                                    LEAD     HEARD
                                                    CLOSED   C60976
                                                    SB       7
```

Proceedings include all events.
96-9268   Coto, et al v. NYC Board of Electio, et al

| | |
|---|---|
| 10/4/96 | Appellants John Gangemi in 96-9268, Guy Molinari in 96-9268, Joseph Silva in 96-9268 Form C filed, with proof of service. [96-9268] (cv71) [96-9268] |
| 10/4/96 | Appellants John Gangemi in 96-9268, Guy Molinari in 96-9268, Joseph Silva in 96-9268 Form D filed, with proof of service. [96-9268] (cv71) [96-9268] |
| 10/7/96 | Letter received from Aaron D. Maslow stating, due to the haste with which the brief for Defendants-Appellants John Gangemi, guy Molinari, and Joseph Silva had to be prepared for the expeditied appeal, it contained several typographical errors.  Enclosed are corrected pages for those pages containing substantive typographical errors. (cv71) [96-9268] |
| 10/7/96 | Copy of U.S. District Court Order dated 10/1/96. (cv71) [96-9268] |
| 10/7/96 | Case heard before OAKES, ALTIMARI, MAHONEY C.JJ.   (TAPE: #41+42) (ca95) [96-9268] |
| 10/7/96 | Letter  received (cv71) [96-9268] |
| 10/8/96 | Appellee Robert Dicarlo in 96-9268  28(J) letter received. (cc: Panel) (cv71) [96-9268] |
| 10/8/96 | Judgment filed; judgment of the district court is REVERSED by detailed order of the court, filed. An opinion explicating the rationale for this decision will follow. (JDM). (cv71) [96-9268] |
| 10/8/96 | Judgment filed; judgment of the district court is REVERSED by detailed order of the court, filed. An opinion explicating the rationale for this decision will follow. (JDM). (cv71) [96-9292] |
| 10/8/96 | Judgment MANDATE ISSUED. (cv71) [96-9268] |
| 10/8/96 | Judgment MANDATE ISSUED. (cv71) [96-9292] |
| 10/10/96 | Appellee Dinorah Coto in 96-9268  motion to recall mandate, & for stay pending cert.  FILED (w/pfs). [870595-2] To AA. (cv70) [96-9268] |
| 10/10/96 | Order FILED DENYING motion to recall mandate [870595-1] by Appellee Dinorah Coto, endorsed on motion dated 10/10/96. , DENYING motion for stay [870595-2] by Appellee Dinorah Coto, endorsed on motion dated 10/10/96. (cv78) [96-9268] |
| 10/11/96 | Mandate receipt returned from the district court.(96-9268) (ren) [96-9268] |

```
                                                    LEAD     HEARD
                                                    CLOSED   C60976
                                                    SB         7
```

Proceedings include all events.
96-9268   Coto, et al v. NYC Board of Electio, et al

| | |
|---|---|
| 10/18/96 | Mandate receipt returned from the district court.(96-9268) (ren) [96-9268] |
| 10/18/96 | Mandate receipt returned from the district court.(96-9292) (ren) [96-9292] |
| 10/18/96 | Appellants John Gangemi, Guy Molinari, Joseph Silva in 96-9268 itemized and verified bill of costs received. (cv71) [96-9268] |
| 10/22/96 | Appellees Dinorah Coto, David Fernendez , Ann Gandolfo, Robert Moore, Anna Moore, Louis Campbell, Luciano Navarro , Susan Dougherty, William Hinckley, Robert Dicarlo , NYC Board of Electio, Paul Mejias, Frederick Umane, Weyman A. Carey, Douglas Kellner, Ferdinand C. Marchi, Seymour Sheldon, Ron D'Angelo , Gertrude Strohm, Vincent Velella, Kathleen M. Wagner , Daniel DeFrancesco motion Petition for rehearing FILED (w/pfs). [876185-1] (cv71) [96-9268] |
| 10/23/96 | Notice of Appeal Acknowledgment Letter from Thomas J. Spargo for Appellees Robert Dicarlo, William Hinckley, Susan Dougherty, Luciano Navarro, Louis Campbell, Anna Moore, Robert Moore, Ann Gandolfo, David Fernendez, Dinorah Coto in 96-9268 received. (cv71) [96-9268] |
| 10/23/96 | Notice of appearance form on behalf of Thomas J. Spargo, Esq., received. (Orig. to Calendar) (in04) [96-9268] |
| 10/28/96 | Order FILED GRANTING  motion for REHEARING [876185-1] by Appellee Dinorah Coto, David Fernendez, Ann Gandolfo, Robert Moore, Anna Moore, Louis Campbell, Luciano Navarro, Susan Dougherty, William Hinckley, Robert Dicarlo, NYC Board of Electio, Paul Mejias, Frederick Umane, Weyman A. Carey, Douglas Kellner, Ferdinand C. Marchi, Seymour Sheldon, Ron D'Angelo, Gertrude Strohm, Vincent Velella, Kathleen M. Wagner, Daniel DeFrancesco, endorsed on motion form dated 10/22/96. (cv71) [96-9268] |
| 11/5/96 | Appellants John Gangemi, Guy Molinari, Joseph Silva statement of costs taxed in the amount of $424.54 filed. (cv71) [96-9268] |
| 11/5/96 | Certified copy of the statement of costs issued to the district court. (cv71) [96-9268] |
| 11/14/96 | Mandate receipt returned from the district court.(96-9268) (ren) [96-9268] |
| 11/26/96 | Judgment of the district court is  REVERSED by published signed opinion filed. (FXA) [96-9268] (cv71) [96-9268] |
| 11/26/96 | Judge Oakes concurring in a separate opinion filed. (cv71) |

```
                                                      LEAD    HEARD
                                                      CLOSED  C60976
                                                      SB      7
```

Proceedings include all events.
96-9268   Coto, et al v. NYC Board of Electio, et al

        [96-9268]

| | |
|---|---|
| 12/11/96 | Appellee Dinorah Coto in 96-9268 motion to extend time to to file motion for rehearing a this motion FILED (w/pfs). [902396-1] (cv71) [96-9268] |
| 12/17/96 | Errata sheet re: page 485, line 23, filed. (cv71) [96-9268] |
| 12/17/96 | Errata sheet re: page 485, line 23, filed. (cv71) [96-9292] |
| 12/23/96 | Order FILED GRANTING motion for extended time to file motion for rehearing and this motion [902396-1] by Appellee Dinorah Coto, endorsed on motion form dated 12/11/96. (cv71) [96-9268] |
| 12/31/96 | Appellees Dinorah Coto, David Fernendez , Ann Gandolfo, Robert Moore, Anna Moore, Louis Campbell, Luciano Navarro , Susan Dougherty, William Hinckley, Robert Dicarlo, NYC Board of Electio, Paul Mejias, Frederick Umane, Weyman A. Carey, Douglas Kellner, Ferdinand C. Marchi, Seymour Sheldon, Ron D'Angelo , Gertrude Strohm, Vincent Velella, Kathleen M. Wagner , Daniel DeFrancesco Petition for rehearing, petition for rehearing in banc [912051-2] with proof of service filed. (cv71) [96-9268] |
| 4/3/97 | Order FILED DENYING petition for REHEARING [912051-1] by Appellee Dinorah Coto, David Fernendez, Ann Gandolfo, Robert Moore, Anna Moore, Louis Campbell, Luciano Navarro, Susan Dougherty, William Hinckley, Robert Dicarlo, NYC Board of Electio, Paul Mejias, Frederick Umane, Weyman A. Carey, Douglas Kellner, Ferdinand C. Marchi, Seymour Sheldon, Ron D'Angelo, Gertrude Strohm, Vincent Velella, Kathleen M. Wagner, Daniel DeFrancesco, endorsed on motion dated 12/31/96. , DENYING petition petition for rehearing in banc [912051-2] by Appellee Dinorah Coto, David Fernendez, Ann Gandolfo, Robert Moore, Anna Moore, Louis Campbell, Luciano Navarro, Susan Dougherty, William Hinckley, Robert Dicarlo, NYC Board of Electio, Paul Mejias, Frederick Umane, Weyman A. Carey, Douglas Kellner, Ferdinand C. Marchi, Seymour Sheldon, Ron D'Angelo, Gertrude Strohm, Vincent Velella, Kathleen M. Wagner, Daniel DeFrancesco, endorsed on motion dated 12/31/96. (cv71) [96-9268] |
| 7/1/97 | Judgment MANDATE ISSUED. (cv71) [96-9268] |
| 7/7/97 | Mandate receipt returned from the district court. (reh) [96-9268 96-9292] |