# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty-five.

Before:      William J. Nardini,
                    *Circuit Judge.*

_____

Jim Walden,

          Plaintiff - Appellant,

  v.

Peter S. Kosinski, Henry T. Berger, Essma Bagnuola, Anthony J. Casale, Kristen Zebrowski Stavisky, Raymond J. Riley, New York City Board of Elections,

         Defendants - Appellees.

**ORDER**

Docket No. 25-764

_____

      Appellant moves for an expedited appeal.

      IT IS HEREBY ORDERED that the motion to expedite is granted to the following extent. Appellant's opening brief is due at 5:00PM on April 7, 2025; Appellees' brief(s) are due at 5:00PM on April 14, 2025; Appellant's reply brief is due at 5:00PM on April 15, 2025. The appeal will be heard as soon as possible after briefing is complete.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04-07-2025